IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60719
Conference Calendar
_____

CEDRIC TURNIPSEED,

Plaintiff-Appellant,

versus

TIMOTHY R. BALDUCCI, Attorney;
LAWRENCE LITTLE, District Attorney,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:95-CV-149-D-A
- - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

Cedric Turnipseed appeals from the district court's dismissal of his civil rights complaint. He argues that he was denied the right to a trial and challenges the propriety of his plea agreement. We have reviewed the record and the district court's opinion and find no reversible error.

AFFIRMED.

---

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.